

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey

VIA CM/ECF

February 23, 2021

U.S. District Judge J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    ***Mercer v. Anderson Inn Properties, Inc.*, Case No.:1:21-cv-00638-JPO**

Dear District Judge Oetken:

    This office represents Stacey Mercer ("Plaintiff") in connection with the above captioned matter. We are pleased to inform the Court that the above referenced action has been resolved in principle and that the parties are in the process of drafting and exchanging an agreement that will be reviewed by the parties and their counsel for execution. Respectfully, we are requesting together with counsel for the defendant a stay of all deadlines and conferences for a period of up to thirty (30) days so that the parties can finalize the agreement and file a stipulation of dismissal.

    We thank the Court for your time and consideration in this matter.

                           Respectfully submitted,

                           BASHIAN & PAPANTONIOU, P.C.

                         */s/ Erik M. Bashian*
                         _____
                         Erik M. Bashian, Esq.

cc:    Patrick McPartland, Esq. *(via email)*